UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE BANKS,

       Plaintiff,                      CRIMINAL NO. 13-10199

v.                                   HONORABLE BERNARD A. FRIEDMAN

DONALD TRAMMELL,

       Defendant.
_____/

## ORDER DISCHARGING WRIT

On March 22, 2017, the Court conducted a hearing in which the plaintiff's presence was required. The hearing is concluded and the plaintiff's presence is no longer required. Therefore,

IT IS HEREBY ORDERED THAT the writ is discharged.

SO ORDERED.

Dated: March 22, 2017                        s/Bernard A. Friedman
                                                    BERNARD A. FRIEDMAN
                                                    Senior United States District Judge